SUSAN LEWIS, Appellant, v. THE BANK OF UNITED STATES, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

PAUL PLEATING & STITCHING Co., INC., Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Order so far as appealed from modified by allowing additional items 4(a), 4(b), 4(c), and 5(a), 5(b), 5(c) and 5(d) of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Verified bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Arbitration of PAGE MANUFACTURING COMPANY and ASHLAND CORPORATION, Appellants, and ROSE SILK MILLS, INC., Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HARRY HAMMER and Others, Respondents, v. BRITISH TYPE INVESTORS, INC., Appellant.— Order so far as appealed from modified by striking out item 59, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

DEAUVILLE SPECIALTY CORPORATION, Respondent, v. EDWARD A. KLINE, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of BERRY WOLF, Appellant, against JOHN H. DELANEY, Chairman, CHARLES HALLEY and FRANK X. SULLIVAN, Commissioners, Constituting the Board of Transportation of the City of New York, and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of GEORGE H. GERLICH, Committee of the Person and Property of AUGUST GERLICH, an Incompetent War Veteran, for Leave to File a Final Account and to Resign as Committee, etc. VETERANS' ADMINISTRATION, Appellant; GEORGE H. GERLICH, Committee, Respondent.* — Order modified by eliminating the extra allowance to the committee, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.